UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 17-10005 |
| ) | |
| JASON G. SHAW ) | |
| ) | |
| ) | |
| Debtor ) | |

## ORDER DISALLOWING CLAIM NO. 14 FILED BY
## ACAR LEASING LTD d/b/a GM FINANCIAL LEASING

This matter having come before the Court upon the objection of the Debtor disallowing Claim No. 14 filed by ACAR Leasing LTD d/b/a GM Financial Leasing;

IT IS HEREBY ORDERED that Claim No. 14 filed by ACAR Leasing LTD d/b/a GM Financial Leasing is hereby DISALLOWED.

Tendered By:

/s/ Robert C. Chaudoin
Robert C. Chaudoin
P.O. Box 390
Bowling Green, Kentucky 42102